In the Matter of the Claim of ANTONIA J. STADLER, Appellant. EDWARD CORSI, as Industrial Commissioner, Respondent.— Motion to delete a statement contained in the decision of March 7, 1951 (ante, p. 719), denied. The court did not have before it for decision, and therefore, did not decide, the duration of the disqualification for unemployment insurance benefits for refusal to accept the offered employment and nothing that was determined here affected the point decided in Matter of Palmieri (276 App. Div. 417). Present — Foster, P. J., Brewster, Deyo, Bergan and Coon, JJ.

ROBERT H. MOELLER, Plaintiff, v. ASSOCIATED HOSPITAL SERVICE OF CAPITAL DISTRICT, Defendant.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Foster, P. J., Brewster, Deyo, Bergan and Coon, JJ. [See ante, p. 723.]

RALPH TROUTMAN, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 28135.) — Motion for reargument denied, without costs. Present — Foster, P. J., Brewster, Deyo, Bergan and Coon, JJ. [See ante, p. 728.]

In the Matter of NEW YORK CENTRAL RAILROAD COMPANY, Petitioner, against PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK et al., Respondents.— Motion for reargument, or in the alternative for leave to appeal to the Court of Appeals, denied, with $10 costs. Present — Foster, P. J., Brewster, Deyo, Bergan and Coon, JJ. [See ante, p. 725.]